IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES E. BROWN, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 05-cv-777-JPG<br>) |
| SBC COMMUNICATIONS, INC., ENHANCED SERVICES BILLING, INC., BILLING SERVICES GROUP, LLC, ABRY PARTNE4RS LLC, ILD TELECOMMUNICATIONS, INC. and ILD TELESERVICES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: August 25, 2009

JUSTINE FLANAGAN, ACTING CLERK

By:s/Deborah Agans, Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
U. S. DISTRICT JUDGE